Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Tommy Jean Holmes #48452-509
SFF Hazelton
P.O. Box 3000
Bruceton WV, 26525          )
(Full name under which you were convicted,
prison number, place of confinement, and
full mailing address)

Petitioner,

vs.

Mrs Ray
(Name of Warden or other authorized person
where you are incarcerated)

Respondent.

**FILED**
FEB 17 2023
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23cv46
(to be assigned by Clerk)
                Groh/Trumble/Sims

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

    ☐   a conviction
    ☒   a sentence
    ☐   jail or prison conditions
    ☐   prison disciplinary proceedings
    ☐   a parole problem
    ☐   other, state briefly: _____

    _____

Attachment A

_____
_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   District Court
   217 W. King St. Room 102
   Martinsburg WV. 25401

4. List the case number, if known: 3:21CR2-2

5. List the nature of the offense for which the sentence was imposed:
   Aiding and Abetting the Distribution of
   Heroin and Fentanyl

6. List the date each sentence was imposed and the terms of the sentence:
   1/10/22 - 21 months
   _____
   _____

7. What was your plea to each count? (Check one)

   ☒ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

Attachment A

      2. Nature of Proceeding: _____
      3. Grounds Raised: _____
      4. Did you receive an evidentiary hearing ?  ☐ Yes  ☐ No
      5. Result: _____
      6. Date of Result: _____

B.    Second post-conviction proceeding:
      1. Name of Court: _____
      2. Nature of Proceeding: _____
      3. Grounds Raised: _____
      4. Did you receive an evidentiary hearing ? ☐ Yes  ☐ No
      5. Result: _____
      6. Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
      1. First proceeding:   ☐ Yes  ☐ No  Result: _____
      2. Second proceeding: ☐ Yes  ☐ No  Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____
_____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.
    B.    Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison. June 16, 2021 to the present

[Exhibit A]

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
On 2/6/23 warden Ray denied me of my time served since June 16, 2021 to the present.

B. Ground two:

Attachment A

2. If your answer to "A" above was no, explain:
_____
_____
_____

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes   ☐ No

1. If your answer to "B" above was yes, what was the result: Denied said it was a recommendation that I have time served from June 16, 2021 to the present

2. If your answer to "B" above was no, explain:
_____
_____
_____

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

To give me the time served for the 8m that I served.
_____
_____
_____
_____

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____

Signed this __13__ day of __February__, __2023__.
            (day)            (month)          (year)

_____*Tammy Halmed*_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __2/13/23__        _____*Tammy Halmed*_____
                                                            Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Tammy Jean Holmes
_____
Your full name

v.

Mrs. Ray
_____

Civil Action No.: 3:23CR2-2

_____
_____
Enter above the full name of respondent in this action

## Certificate of Service

I, Tammy Holmes (your name here), appearing *pro se*, hereby certify that I have served the foregoing Imprisonment _____ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on 2/13/23 (insert date here):

(List name and address of counsel for respondent)

Tammy Holmes
(sign your name)