IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**TAMMY JEAN HOLMES,**

        Petitioner,

v.                                          CIVIL ACTION NO.: 3:23-CV-46 (GROH)

**MRS. RAY,**

        Respondent.

## DISMISSAL ORDER

On February 17, 2023, the Petitioner, then an inmate at Hazelton Secure Female Facility, acting *pro se*, filed a Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241. ECF No. 1. However, according to the Bureau of Prisons Inmate Locator service,[1] the Petitioner was released from custody on June 2, 2023. Pursuant to 28 U.S.C. § 2241(c)(1), "[t]he writ of habeas corpus shall not extend to a prisoner unless—(1) He is in custody under or by color of the authority of the United States or is committed for trial before some court thereof."

Therefore, this Court lacks jurisdiction over the above-styled civil action because the Petitioner is no longer in custody of the United States. In Steel Co. v. Citizens for a Better Environment, the Supreme Court held that "without jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause." 523 U.S. 83, 94-95 (1998); see also Reinbold v. Evers, 187 F.3d

---

[1] Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/.

348, 359 n.10 (4th Cir. 1999). This Court lacks jurisdiction and cannot entertain the petition.

Based on the foregoing, the Petitioner's petition for habeas corpus filed pursuant to 28 U.S.C. § 2241 petition [ECF No. 1] is **DENIED and DISMISSED WITHOUT PREJUDICE**.

The Petitioner's address on the docket is still listed as Hazelton Secure Female Facility, so the Clerk of the Court is **DIRECTED** to retain a copy of this Order for the Petitioner in the event that she provides a mailing address at some future date.

The Clerk is **FURTHER DIRECTED** to provide a copy of this Order to all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: June 15, 2023

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE